

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jerry Johnson, Appellant

No. 06-13-00169-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 13F0152-005). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment of September 16, 2013, in the following respects:

(1) the judgment's designation of the statute for the offense is amended from Section 22.021 to Section 22.011 of the Texas Penal Code; and

(2) the judgment's designation of the degree of the offense is amended from a first degree felony to a second degree felony.

We note that the appellant, Jerry Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk